# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHOSEN CONSULTING, LLC
*doing business as*
CHOSEN HEALTHCARE

INDIANA ATC JV, LLC
*doing business as*
HICKORY RECOVERY NETWORK

HIGHLAND RECOVERY, LLC
*doing business as*
HICKORY TREATMENT CENTER AT HIGHLAND

CHOSEN HIGHLAND, LLC

HICKORY HOUSE RECOVERY, LLC

        Plaintiffs

   v.

Civil Action No. 2:24-cv-3

TOWN COUNCIL OF HIGHLAND, INDIANA

HIGHLAND MUNICIPAL PLAN COMMISSION

HIGHLAND, INDIANA TOWN OF

MARK SCHOCKE
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This action was (*check one*):

  __ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

  __ tried by Judge _____ without a jury and the above decision was reached.

  _X_ decided by Judge Philip P Simon on Defendants' Motion to Dismiss.

DATE: 5/21/2024                        CHANDA J. BERTA, CLERK OF COURT

                                            by  s/ S. Jarrell_____
                                            *Signature of Clerk or Deputy Clerk*